# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0428. AMOS A. SANDERS v. THE STATE.**

In 2002, Amos A. Sanders pleaded guilty to multiple counts of armed robbery and possession of a firearm during the commission of a crime, and was sentenced to a total of 65 years in prison. In June 2023, Sanders filed a motion in arrest of judgment, seeking to set aside his allegedly void convictions. On June 12, 2023, the trial court entered an order dismissing Sanders's motion as untimely. Sanders filed this direct appeal on October 6, 2023. The State has moved to dismiss the appeal, arguing that this Court lacks jurisdiction. We agree.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Sanders's notice of appeal is untimely, as it was filed 116 days after entry of the trial court's order. Given that we lack jurisdiction to consider this appeal, the State's motion is GRANTED and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/09/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.